# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. MICHAEL GOMILA

VERSUS

THE STATE OF LOUISIANA
DEPARTMENT OF HEALTH F/K/A
LOUISIANA DEPARTMENT OF
HEALTH AND HOSPITALS

NO.  2021 CW 0775

**OCTOBER 05, 2021**

---

In Re:   The State of Louisiana, through the Department of Health, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 697174.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**CHH**

**Penzato, J.**, dissents and would grant the writ.  I would reverse the portion of the trial court's June 15, 2021 judgment, which failed to dismiss the claims of the plaintiff, Dr. Michael Gomila, against the defendant, State of Louisiana, through the Louisiana Department of Health ("the Department").  Plaintiff did not request service of process upon the head of the Department, the named defendant, within ninety days from the commencement of the action pursuant to La. R.S. 13:5107(A)(1) & (D)(1), and as a result, I find it is mandatory that the action be dismissed without prejudice.  See La. R.S. 13:5107(D)(2); **Igbinoghene v. St. Paul Travelers Insurance Co.**, 2011-0124 (La. 4/4/11), 58 So.3d 452 (per curiam).  Accordingly, I would grant the writ and dismiss the claims asserted by plaintiff, Dr. Michael Gomila, against defendant, State of Louisiana, through the Louisiana Department of Health, without prejudice, in accordance with La. R.S. 13:5107(D)(2).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT